UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY



NII-KWAO KOTEY,

        Plaintiff,

v.

KATHERINE A. PEREZ-SOTO,
et al.,

        Defendants.

Civil Action No. 07-3318 (JLL)

**ORDER**

For the reasons expressed in the Court's Opinion filed herewith,

It is on this 28 day of March, 2008,

ORDERED that, pursuant to 28 U.S.C. § 1915(a), the application by plaintiff to proceed in forma pauperis is hereby granted; and it is further

ORDERED that the Clerk of the Court is directed to file the Complaint without prepayment of the filing fee; and it is further

ORDERED that the Complaint is DISMISSED WITH PREJUDICE, in its entirety, as against all defendants, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for failure to state a claim upon which relief may be granted.

                                              JOSE L. LINARES
                                              United States District Judge